IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.4:13-CR-40018-001 |
| | ) | |
| DON AIRSMAN | ) | |

## ORDER OF DISMISSAL

Now on this same day came for consideration the United States Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on July 31, 2013, be on the same day hereby dismissed without prejudice.

Entered on this 8th day of September, 2014.

*/s/ Susan O. Hickey*
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE